**CLEVELAND RAILWAY CO v MERK**

Ohio Supreme Court

No. 22821.  Decided Jan 13, 1932

Marshall, CJ, Matthias and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**